**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Donald Wesley Pelton, III |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of FL (State) |
| Case number | 23-10236-RAM |

Official Form 410S2

# Amended Notice of Post-petition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8780

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: Amend notice filed 5/10/2023

## Part 1: Itemize Post-petition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1 | Late charges | | (1) | $ |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3 | Attorney fees | | (3) | $ |
| 4 | Filing fees and court costs | | (4) | $ |
| 5 | Bankruptcy/Proof of claim fees | 2/13/2023 | (5) | $ 525.00 |
| 6 | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7 | Property inspection fees | | (7) | $ |
| 8 | Tax advances (non-escrow) | | (8) | $ |
| 9 | Insurance advances (non-escrow) | | (9) | $ |

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| | | | | | |
|---|---|---|---|---|---|
| 10 | Property preservation expenses. Specify: | | | (10) | $ |
| 11 | Other. Specify: | Bankruptcy Plan Review | 2/3/2023 | (11) | $ 175.00 |
| 12 | Other. Specify: | Objection to Plan Confirmation | 2/6/2023 | (12) | $ 250.00 |
| 13 | Other. Specify: | | | (13) | $ |
| 14 | Other. Specify: | | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Matthew Klein                                      Date  5/16/2023
   Signature

Print:   Matthew        Klein                             Title  **Attorney for Secured Creditor**
         First Name   Middle Name   Last Name

Company  **Howard Law Group**

Address  **4755**         **Technology Way, Suite 104**
         Number          Street

         **Boca Raton**        **FL**        **33431**
         City                  State         ZIP Code

Contact phone  **954-893-7874**                Email  **matthew@HowardLaw.com**

I HEREBY CERTIFY that on May 16, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Michael A. Frank, Esq., 2000 Northwest 89th Place, Suite 201, Doral, FL 33172
Nancy K. Neidich, POB 279806, Miramar, FL 33027
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a true and correct copy was mailed via US Mail First Class to:
Donald Wesley Pelton, III, 16970 SW 264 St, Homestead, FL 33031